IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIJAH SMITH | : | |
|     Petitioner, | | CRIMINAL ACTION |
| | | NO. 04-411-1 |
| v. | : | |
| | | CIVIL ACTION |
| UNITED STATES OF AMERICA | | NO. 16-2930 |
|     Respondent. | : | |

## ORDER

AND NOW, this 3rd day of August, 2018, it is hereby ORDERED as follows:

(1) Petitioner's Motion to Dismiss (ECF No. 158) is DENIED as moot by reason of his subsequently-filed Motion to Correct Sentence Under 28 U.S.C. § 2255 (ECF No. 163); and,

(2) **On or before August 24, 2018**, the government shall file a Response to Petitioner's Motion to Correct Sentence (ECF No. 163).

BY THE COURT:

/s/ C. Darnell Jones, II    J.