IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| ELIJAH SMITH, | : | Criminal No. 04-411-1 and |
| | : | Criminal No. 05-126-2 |
| Defendant/Petitioner. | : | |

**ORDER**

AND NOW, this 19th day of October, 2023, upon consideration of the Petitioner's *Motion to Vacate, Set Aside, or Correct the Sentence* pursuant to 28 U.S.C. § 2255 (ECF No. 163)[1] and Petitioner's *Motion to Amend* (ECF No. 197), filed *pro se*, and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that such Motions are **DENIED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**

---

[1] All ECF references are to the criminal case docketed at 04-cr-411-JMY-1.